# IN THE COURT OF APPEALS OF IOWA

No. 14-0064
Filed November 26, 2014

**STATE OF IOWA,**
        Plaintiff-Appellee,

**vs.**

**DUSTIN ELLIOT WILLIAMS,**
        Defendant-Appellant.

_____

Appeal from the Iowa District Court for Polk County, Odell G. McGhee, District Associate Judge.


Appellant challenges his sentence for domestic abuse assault causing bodily injury. **AFFIRMED.**

Mark C. Smith, State Appellate Defender, and Robert P. Ranschau, Assistant Appellate Defender, for appellant.

Thomas J. Miller, Attorney General, Bridget A. Chambers, Assistant Attorney General, John P. Sarcone, County Attorney, and Shannon Archer, Assistant County Attorney, for appellee.

Considered by Mullins, P.J., and Bower and McDonald, JJ.

**MCDONALD, J.**

Dustin Williams appeals his sentence for domestic abuse assault causing bodily injury, in violation of Iowa Code section 708.2A(2)(b) (2011). The court sentenced Williams to 180 days' incarceration, with credit for forty-four days' time served. On appeal, Williams contends the district court abused its discretion in imposing sentence because the "typical" sentence for a first conviction for this offense is two days in jail. We conclude Williams has not established the court abused its discretion in imposing a statutorily authorized sentence. *See State v. Privitt*, 571 N.W.2d 484, 486 (Iowa 1997) (stating the defendant must establish the court abused its discretion); *State v. Floyd*, 466 N.W.2d 919, 924 (Iowa Ct. App. 1990) (stating the court's sentence is cloaked with a strong presumption of regularity). The sentence is affirmed without further opinion. *See* Iowa Ct. R. 21.26(1)(a) and (e).

**AFFIRMED.**